UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                            CASE NO. 8:25-cr-426-JSM-LSG

DAVID ROJAS,
RENY RIJOS and
WUILLAN DE JESUS

### JOINT STATUS REPORT – NOVEMBER 2025

The United States of America contacted counsel for the defendants and received no objections for the following status report. The United States files this joint status report pursuant to Fed. R. Crim. P. 17.1 and the Court's Order of September 16, 2025, the United States herein states as follows:

1. **Summary of the Case:**

The defendants are charged in a two-count indictment filed September 2, 2025. Count one charges a conspiracy to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States. Count Two charges possession with the intent to distribute five kilograms or more of cocaine on vessel subject to the jurisdiction of the United States.

The defendants made their initial appearances in the Middle District of Florida on September 2, 2025. They were all arraigned in this Court and pleaded not guilty at that time. The case is currently calendared for the January 2026 trial term.

This is the second status report.

2. **Possibility of a plea agreement as to each defendant:**

It is unknown if any of the defendants will sign a plea agreement.

3. **Number of days required for trial:**

This case will require approximately three trial days. Transport of witnesses from the United States Coast Guard will take several weeks to arrange and it is therefore requested that a date certain be set for any trial in the matter. The length of the defense case is unknown at this time.

4. **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

There are no pending motions.

5. **Potential speedy trial problems:**

At present government is unaware of any speedy trial problem in this case.

        Respectfully submitted,

        GREGORY W. KEHOE
        United States Attorney

By:   */s/ David W. Rehfuss*
      David W. Rehfuss
      Special Assistant United States Attorney
      USAO No. 228
      400 N. Tampa Street, Suite 3200
      Tampa, Florida 33602-4798
      Telephone:  (813) 274-6000
      E-mail:     David.Rehfuss@usdoj.gov

**U.S. v. Rojas, et al.**               **Case No. 8:25-cr-426-JSM-LSG**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on November 10, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the counsel of record.

*/s/ David Rehfuss*
David Rehfuss
Special Assistant United States Attorney
USAO No. 228
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
E-mail: David.Rehfuss@usdoj.gov
